IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PHILLIP TURNER, §<br>  *Plaintiff(s)*, §<br> §<br>v. § 5:17-CV-00681-DAE<br> §<br>OFFICER R. MARTINEZ, BADGE 1339, §<br>OFFICER E. SANDOVAL, BADGE 2085, §<br>AND OFFICER J. MORGAN, BADGE 533, §<br>  *Defendant(s)* § | | |

## DEFENDANTS ADR REPORT

(1) Pursuant to Local Rule CV-88(a), the Defendants, Officer R. Martinez, Officer E. Sandoval, and Officer J. Morgan, files this their report to the court and represents to the court that additional discovery is necessary before any meaningful mediation can occur. However, Defendants, Officer R. Martinez, Officer E. Sandoval, and Officer J. Morgan agrees to mediate on a date and time that meets with the agreement of the parties and the court. Defendants, Officer R. Martinez, Officer E. Sandoval, and Officer J. Morgan, suggests that each party bear one-half of the mediation expenses and that the mediation be scheduled for one half (1/2) day.

(2) Settlement negotiations on behalf of the Defendants, Officer R. Martinez, Officer E. Sandoval, and Officer J. Morgan, will be handled by Michael D. Siemer, Assistant City Attorney, and City Representatives.

(3) Counsel for Defendants, Officer R. Martinez, Officer E. Sandoval, and Officer J. Morgan certifies that I have informed my client, the representatives for the City of San Antonio, a home rule municipality, of the ADR procedures available in this district.

Respectfully Submitted,

CITY OF SAN ANTONIO
Office of the City Attorney

Litigation Division
Frost Bank Tower
100 W. Houston St., 18th Floor
San Antonio, Texas  78205

_/s/ Michael D. Siemer_

Michael D. Siemer
Assistant City Attorney
Bar No:  18343670
(210) 207-8784/ (210) 207-4357 Fax
Michael.Siemer@sanantonio.gov
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing to the following on May 7, 2018:

Kervyn B. Altaffer, Jr.
Altaffer & Chen PLLC
4054 McKinney Ave., Ste. 310
Dallas, Texas 75204

_/s/ Michael D. Siemer_

MICHAEL D. SIEMER